IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY PRYOR, *et al.*,

        Plaintiffs,

    v.                    Civil Action  2:05-CV-936
                                Judge Holschuh
                                Magistrate Judge King

PAT HURLEY, *et al.*,

        Defendants.


## ORDER

On July 7, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that *Plaintiff's Motion for Default against Steckman*, Doc. No. 15, and *Plaintiff's Motion for Summary Judgment against Steckman*, Doc. No. 25, both be **DENIED**.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.  *Plaintiff's Motion for Default against Steckman*, Doc. No. 15, and *Plaintiff's Motion for Summary Judgment against Steckman*, Doc. No. 25, are hereby **DENIED**.


August 14, 2006                    **/s/ John D. Holschuh**
                                      John D. Holschuh, Judge
                                      United States District Court